# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JEREMY ANTWON THOMAS,**                                                      **PETITIONER**
**ADC #122990**

v.              **CASE NO. 5:11CV00329 BSM/JTK**

**RAY HOBBS, Director,**                                                         **RESPONDENT**
**Arkansas Department of Corrections**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this petition be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 16th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE